UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20359-SCOLA

UNITED STATES OF AMERICA

vs.

FRANCISCO NAVARRO REYES,

    Defendant.
_____/

## STIPULATED FACTUAL PROFFER

Should this case have proceeded to trial, the United States would be able to prove the following beyond a reasonable doubt:

1. On or about June 10, 2021, the defendant was discovered on a vessel operating in international waters in the Caribbean Sea approximately 139 nautical miles south of Santo Domingo, Dominican Republic. The vessel had no navigational lighting, no indicia of nationality, twin outboard engines, and three persons on board.

2. To investigate further, HNLMS HOLLAND launched their two small boats identified as **FRISC 1** and **FRISC 2** both with a U.S. Coast Guard boarding team to intercept the defendant's vessel.

3. **FRISC 2** arrived on scene and witnessed the crew of the vessel jettison approximately 20 packages into the water as they continued to flee. FRISC 2 remained at the jettison field to recover the packages while FRISC 1 continued to pursue. The vessel refused to stop or comply with lawful commands. FRISC 1 crewmembers used warning shots, which were ineffective at stopping the vessel, then disabling fire to bring the vessel to a stop. Once stopped, the defendant's vessel began taking on water, so the crew were taken aboard FRISC 1. The crew were identified

as defendant FRANCISCO NAVARRO REYES, and co-defendants JUAN DE LEON BERROA and JAIRO URIANA REYES.

4. When questioned by members of the USCG boarding team, BERROA identified himself as the master of the vessel and made a verbal claim of Dominican Republic as the vessel's nationality. When contacted by the United States Government, the Government of the Dominican Republic could neither confirm nor deny registry of the vessel. Accordingly, the vessel was treated as one without nationality and, therefore, subject to the jurisdiction of the United States. The parties stipulate and agree that these facts provide a sufficient factual basis for the Court to make a finding that the vessel in this case was a vessel without nationality and, thus, pursuant to Title 46, United States Code, Section 70502(c), was a vessel subject to the jurisdiction of the United States.

5. The boarding team on FRISC 1 recovered a total of 21 bales totaling an estimated weight of 639 kilograms. An IONSCAN, which is a system used for the detection and identification of trace amounts of narcotics, was used on the recovered bales and yielded positive results for cocaine.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

6. Based on training and experience, and familiarity with maritime drug smuggling methods, law enforcement officers familiar with this case would testify that due to the amount of cocaine, the type of vessel involved, and the location of the vessel when intercepted, the defendants intended to deliver the cocaine to other persons at the end of their voyage.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 1/11/22      By: _____
                       RICHARD E. GETCHELL
                       ASSISTANT UNITED STATES ATTORNEY

Date: 1/6/22       By: _____
                       JOSEPH A. CHAMBROT
                       ATTORNEY FOR DEFENDANT

Date: 1/6/22       By: _Francisco Navarro Reyes_
                       FRANCISCO NAVARRO REYES
                       DEFENDANT

3